## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYSTEM ONE HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | 2:25-cv-01272-CB |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | |
| PEARCE SERVICES, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Plaintiff's Motion (Doc. 8) to remand will be granted. Today, Defendants' counsel advised Chambers that the Motion is unopposed. This makes sense, because a lack of complete diversity of citizenship appears on the face of the state complaint. *See* Doc. 1-2 at ECF-header pg. 10 of 53 (Plaintiff and Defendant Pearce both are incorporated in Delaware). Thus, Plaintiff's Motion (**Doc. 8**) to remand is **GRANTED**, and the case is **REMANDED FORTHWITH** to the Court of Common Pleas of Allegheny County, Pennsylvania (GD-25-007387).

IT IS SO ORDERED.

October 7, 2025

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record